1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-7000
6       Facsimile: (415) 436-6758
        Email: cynthia.stier@usdoj.gov
7  Attorneys for the United States of America

FILED
OCT 02 2006

E-filing

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and RUTH BECK, Revenue Officer, | No. C:06-4663-MJJ |
| | (Related Case) No. C:06-4664-MJJ |
| Petitioners, | |
| v. | APPLICATION FOR [PROPOSED] ORDER OF DISMISSAL |
| KATHY M. CRAIGHEAD, | |
| Respondent. | |

Petitioners, United States of America and Ruth Beck, Revenue Officer, hereby advise the Court that respondents, Kathy M. Craighead and Donald Craighead, have complied with the Internal Revenue Service summonses and request that these two related actions be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

KEVIN V. RYAN
United States Attorney

Dated: September 27, 2006

CYNTHIA STIER
Assistant United States Attorney
Tax Division

Application for [Proposed] Order of Dismissal,
US v. Craighead, 06-4663-MJJ and
US v. Craighead, 06-4664-MJJ (Related Case)

## ORDER

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, these related actions are hereby dismissed.

**ORDERED** this 2nd day of October, 2006, at San Francisco, California.

_____
MARTIN J. JENKINS
United States District Judge

Application for [Proposed] Order of Dismissal,
US v. Craighead, 06-4663-MJJ and
US v. Craighead, 06-4664-MJJ (Related Case)